# ARKANSAS SUPREME COURT

## PROCEEDINGS OF JULY 3, 2025

## PER CURIAM ORDER

In Re Amendment to the Administrative Plan for the Second Judicial Circuit.  See **per curiam** this date.